UNITED STATES DISTRICT COURT

EASTER DISTRICT OF PENNSYLVANIA

Case #: _____

NEYEMBO MIKANDA
        Plaintiff
            v.
GIANT FOOD STORE
ARLO CROSS
        Defendants

## CIVIL COMPLAINT

1 NEYEMBO MIKANDA is the PLAINTIFF in this CASE.

2 He is suing ARLO CROSS, the MANGER of GIANT, 60 NORTH 23RD STREET, PHILADELPHIA, PA 19103.

3 He had purchased some FOOD. And the MANAGER mishandled the TRANSACTION.

4 And as a RESULT thereof, DR. NEYEMBO MIKANDA suffered HUNGER.

5 The MANAGER is liable to compensate NEYEMBO MIKANDA the entire SUM of the PURCHASES, 366 THOUSAND TIMES.

If the MANAGER will respond with an OFFER in COMPROMISE,

6 Respectfully Submitted:

By: _____
NEYEMBO MIKANDA

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF PENNSYLVANIA

NEYEMBO MIKANDA

v.

Case #: _____

GIANT FOOD STORE
And ARLO CROSS (BRANCH MANAGER)

CIVIL JUDGMENT

The ANOINTMENT of NEYEMBO MIKANDA, with his own FECES, which took place, in 2016, in the FCI PETERSBURG PRISON, shall prevent every JUDGE of this COURT from preventing the FILING of this CIVIL JUDGMENT:

Because the U.S. JUDGES did refuse to extend their JUDICIAL POWER OF THE UNITED STATES upon the MATTER of NEYEMBO MIKANDA which is set forth in the "CERTIFICATE OF RESTORATION OF COMPETENCY TO STAND TRIAL that was issued on 06/29/2017, the the USDOJ in DNJ CASE #:08-130, through the HAND of WARDEN M.K. LEWIS, no TRIAL shall ever be extended upon this CASE.

And no JUDGE shall decide this MATTER of NEYEMBO MIKANDA who was anointed with his own FECES, by the GOVERNMENT to his HAIR, and to his ORANGE UNIFORM, and also to his FEET, in the DAY, when he was being dragged HALF-NAKED, and SHOELESS, from FCI PETERSBURG, VA, to FMC BUTNER, NC.

According to the above, NEYEMBO MIKANDA has the AUTHORITY to decide this MATTER as follows:

The above DEFENDANTS are hereby declared GUILTY of denying their FOOD SERVICE or ITEMS to DR. NEYEMBO MIKANDA whom they also HUMILIATED in their STORE.

They shall pay to NEYEMBO MIKANDA, within 30 DAYS the SUM of $200,000.00 (TWO HUNDRED THOUSAND DOLLARS), EACH ONE OF THEM, to his ADDRESS, 1704 BLUESTEM AVENUE, WILLIAMSTOWN, NJ 08094.

IT IS SO ORDERED.

By: _____

## CERTIFICATE OF SERVICE

The foregoing PROCESS was served upon the DEFENDANTS in this same DAY,

By handing the same to their CASHIER at their own STORE.

Respectfully Submitted:

By: _____